IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* LAWRENCE LaBENNE, Plaintiffs, | Civil Action No. 18-925 |
| v. | |
| KONINKLIJKE AHOLD DELHAIZE N.V., *et al.* Defendants. | |

**ORDER**

The Plaintiff States and Relator having jointly stipulated to dismissal pursuant to Fed. R. Civ. P. 41(a), the False Claims Act, 31 U.S.C. §§ 3729-33, and the analogous state false claims acts of the Plaintiff States[1] and consistent with the individual state settlement agreements ("State Settlement Agreements") of the Medicaid Participating States (States)[2] between the States and the Defendants in this action, it is hereby ORDERED as follows:

1. In accordance with, and subject to the terms of, the State Settlement Agreements, all claims asserted by Relator on behalf of the States in this action for the Covered Conduct as defined in Paragraph E of the State Settlement Agreements (Covered Conduct) are dismissed with prejudice;

[1] In addition to False Claims Act claims asserted by Relator in this action on behalf of the United States, Relator's Complaint asserts similar claims on behalf of 11 states and the District of Columbia (collectively, "the Plaintiff States") under their respective state false claims statutes authorizing private citizens to initiate fraud actions on their behalf.

[2] The named and served Plaintiff States are CT, DE, GA, MD, NH, NY, NC, RI, MA, VA, VT and DC. While the State of Connecticut is named as a Plaintiff State, Connecticut previously recovered for this conduct through a prior U&C audit and therefore is not a Medicaid Participating State.

2. All claims asserted by Relator on behalf of the States in this action not included in the Covered Conduct are dismissed with prejudice as to Relator and without prejudice as to the States.

3. All claims asserted by Relator on behalf of the State of Connecticut in this action are dismissed with prejudice as to Relator and without prejudice as to the State of Connecticut.

Dated: October 20, 2026

s/David Stewart Cercone
David Stewart Cercone
Senior U.S. District Court Judge